FILED

DEC 0 8 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| COMMONS WEST OFFICE CONDOMINIUM ASSOCIATION § § § Plaintiff, § § vs. § § ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, ROBERT DRUCK § § § § Defendant. | NO: SA:17-CV-00921-OLG |

### ORDER FOR JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Joint Stipulation of Dismissal With Prejudice urged by Plaintiff COMMON WEST OFFICE CONDOMINIUM ASSOCIATION and Defendant ALLLIED PROPERTY AND CASUALTY INSURANCE COMPANY. The Court, having read the Joint Stipulation of Dismissal With Prejudice, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit, including all claims against ROBERT DRUCK, are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 6 day of Dec, 2017.

_____
UNITED STATES DISTRICT JUDGE

1